```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07390
    PATRICIA A POINDEXTER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7311

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/24/2007 and was confirmed 07/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/19/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  SECURED NOT I  NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF   SECURED           195.81           .00         100.00
HSBC MORTGAGE SERVICES    CURRENT MORTG    9908.22           .00        9908.22
HSBC MORTGAGE SERVICES    MORTGAGE ARRE   20199.13           .00        1643.33
FREEDMAN ANSEIMO LINDBER  NOTICE ONLY    NOT FILED           .00            .00
HOUSEHOLD MORTGAGE SERVI  NOTICE ONLY    NOT FILED           .00            .00
HSBC MORTGAGE SERVICES    CURRENT MORTG    2927.56           .00        2927.56
HSBC MORTGAGE SERVICES    MORTGAGE ARRE    6936.49           .00         564.33
CITY OF CHICAGO PARKING   UNSEC W/INTER     680.00           .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER  NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER     153.00           .00            .00
CREDIT ONE BANK           UNSEC W/INTER  NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     571.09           .00            .00
CREDIT PROTECTION ASSOC   UNSEC W/INTER  NOT FILED           .00            .00
CREDIT ONE BANK           UNSEC W/INTER  NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     917.50           .00            .00
US BANK                   UNSEC W/INTER  NOT FILED           .00            .00
THERESA JOHNSON           NOTICE ONLY    NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF   SECURED NOT I     549.46           .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER        .00           .00            .00
HSBC MORTGAGE SERVICES    SECURED NOT I   51254.31           .00            .00
TIMOTHY K LIOU            DEBTOR ATTY       257.20                       257.20
TOM VAUGHN                TRUSTEE                                      1,111.36
DEBTOR REFUND             REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                16,512.00


             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07390 PATRICIA A POINDEXTER
```

```
PRIORITY                                                             .00
SECURED                                                        15,143.44
UNSECURED                                                            .00
ADMINISTRATIVE                                                    257.20
TRUSTEE COMPENSATION                                            1,111.36
DEBTOR REFUND                                                        .00
                                          ---------------   ---------------
TOTALS                                         16,512.00         16,512.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 06/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```